BRIAN A. GONSALVES, ESQ., SBN 9815
703 S. Eighth Street
Las Vegas, NV 89101
530-386-6845
530-553-1212 (fax)
bgonsalves@live.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| N.P., a minor by and through his Guardian ad Litem;<br><br>Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT CORPORATION, and DOES 1 through 25,<br><br>Defendants. | Case No.: 3:15-cv-444<br><br>**ORDER APPOINTING GUARDIAN AD LITEM FOR N.P., A MINOR** |

Having considered the arguments, authorities and legal memoranda submitted regarding Petitioner Krissy Pieratt's *Petition for Appointment of Guardian Ad Litem for N.P., a Minor*, the Court hereby GRANTS the Petition. IT IS SO ORDERED.

Dated this ___15th___ day of _____December_____, 2015.

By: _William G. Cobb_
UNITED STATES MAGISTRATE JUDGE

- 1 -